■ In the Matter of SANJOYT DUNUNG, Respondent, v DEEPAK SINGH, Appellant. [22 NYS3d 871]—

Order, Family Court, New York County (Susan K. Knipps, J.), entered on or about March 18, 2015, which, to the extent appealed from, denied respondent father's objection to a support magistrate's order that he pay half of the private school expenses at the United Nations International School (UNIS) for two of his children, unanimously affirmed, without costs.

Family Court properly accorded due deference to the Support Magistrate's credibility determinations (*see Coggeshall Painting & Restoration Co. v Zetlin*, 282 AD2d 364, 365 [1st Dept 2001]), including its finding that the father did not previously object to his children attending private school at UNIS. Further, Family Court properly adopted the Support Magistrate's conclusion that the father has the financial ability to contribute to the children's private school expenses, as that determination is supported by the record, including the terms of the parties' settlement agreement (*see Banco Espírito Santo, S.A. v Concessionária Do Rodoanel Oeste S.A.*, 100 AD3d 100, 106 [1st Dept 2012]).

We have considered the father's remaining contentions and find them unavailing. Concur—Friedman, J.P., Renwick, Saxe and Moskowitz, JJ.